UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ELDRIDGE J. HARMON** | * | **CIVIL ACTION NO. 14-2874** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS** |
| **DIAN MEAUX BROUSSARD, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections having thereto been filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, and DECREED that all of plaintiff's federal law claims are hereby DISMISSED WITH PREJUDICE, as legally frivolous, and/or for failure to state a claim upon which relief can be granted. Fed.R.Civ.P. 12(b)(6).

IT IS FURTHER ORDERED that plaintiff's state law claims are hereby DISMISSED WITHOUT PREJUDICE. 28 U.S.C. § 1367(c).

IT IS FURTHER ORDERED that all of plaintiff's pending motions (including, but not necessarily limited to [doc. #s 4, 5, 11, 12, 13, 14, 30, 32, 35, 36, 39, 41, 42, & 43]) be DENIED, as moot and/or futile.

IT FURTHER ORDERED that plaintiff is SANCTIONED and prohibited from filing any new civil action in the United States District Court for the Western District of Louisiana, without prior approval and authorization of the Chief Judge of this District.

THUS DONE AND SIGNED this  18th  day of  December  2014, Shreveport, Louisiana.

_____
S. MAURICE HICKS
UNITED STATES DISTRICT JUDGE